UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEVANCE HEALTH, INC., et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA,<br>Secretary of Health and Human Services, et al.,<br><br>      Defendants. | Civil Action No. 23-3902 (RDM) |

## NOTICE OF APPEARANCE

Defendants request that the Clerk of the Court please enter the appearance of Assistant United States Attorney Douglas C. Dreier as counsel for Defendants in the above-captioned case.

Dated: February 28, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER
D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*