UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELEVANCE HEALTH, INC., et al.

        Plaintiffs,

    v.

XAVIER BECERRA,
Secretary of Health and Human Services, et al.,

        Defendants.

Civil Action No. 23-3902 (RDM)

## <u>JOINT MOTION FOR BRIEFING SCHEDULE</u>

In an effort to avoid piecemeal briefing and additional motions practice regarding a motion for preliminary injunction, the parties have met and conferred regarding a proposed briefing schedule and respectfully request that the Court enter the briefing schedule proposed below.

1.     This is an Administrative Procedure Act case that concerns the methodology used by Defendants to calculate Plaintiffs' 2024 Medicare Advantage Star Ratings. Medicare Advantage Star Ratings are a means by which the Centers for Medicare & Medicaid Services ("CMS") rates the overall quality of Medicare Advantage plans on a scale of 1 to 5 "Stars." CMS calculates Star Ratings by examining data and information relating to individual measures that are intended to assess the overall quality of the plan in several broad categories. A plan's overall Star Rating is a weighted assessment of the individual measures.

2.     Star Ratings are used in several ways, including to determine, in part, Medicare Advantage plans' eligibility to receive quality bonus payments and rebates that fund additional benefits for members. Star Ratings also impact the bids that must be submitted by Medicare Advantage organizations each year by the first Monday in June (which is June 3, 2024 this year).

3.      Plaintiffs filed their Complaint on December 29, 2023.

4.      The parties, working together cooperatively, have conferred and propose the schedule set forth herein to govern further proceedings.   The parties have developed this scheduling proposal to allow for expedited summary judgment briefing in advance of the June 3, 2024 deadline for Medicare Advantage bids and to avoid motions practice that would ensue if Plaintiffs were to move for preliminary injunctive relief.

**5.      Plaintiffs respectfully request that the Court issue its Order before June 3, 2024, if possible.**

6.      Plaintiffs agree to waive the answer requirement.  *See* Min. Order, *Hight v. Dep't of Homeland Sec.*, Civ. A. No. 21-3277 (RJL) (D.D.C. Aug. 17, 2022) (with the consent of plaintiff: "It is further ORDERED that any requirement that defendants answer the Complaint is waived.").

7.      The parties propose the following briefing schedule:

a.      On or before March 8, 2024: Filing of any Amended Complaint by Plaintiffs pursuant to Fed. R. Civ. P. 15(a)(1);

b.      March 8, 2024: Initial motion for summary judgment by Plaintiffs;

c.      March 29, 2024: Combined cross-motion for summary judgment and opposition by Defendants;

d.      March 29, 2024: Defendants to file the certified index for the rulemaking and administrative records and serve the records;

e.      April 8, 2024: Combined cross-motion opposition and reply by Plaintiffs;

f.      April 8, 2024: Final motion for summary judgment by Plaintiffs, revised only to reflect the rulemaking and administrative record page numbers;

g.      April 15, 2024: Reply by Defendants; and

h.      April 16, 2024: Joint appendix pursuant to Local Civil Rule 7(n)(2).

Dated: February 28, 2024
    Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:         /s/ *Douglas C. Dreier*
    DOUGLAS C. DREIER, D.C. Bar #1020234
    Assistant United States Attorneys
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2551

*Attorneys for the United States of America*

By: */s/ Lesley C. Reynolds*
Lesley C. Reynolds (D.C. Bar No. 487580)
Lara E. Parkin (D.C. Bar No. 475974)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
(202) 414-9200
lreynolds@reedsmith.com
lparkin@reedsmith.com

Martin J. Bishop (*pro hac vice forthcoming*)
Steven D. Hamilton (*pro hac vice forthcoming*)
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(213) 207-1000
mbishop@reedsmith.com
shamilton@reedsmith.com

*Counsel for Plaintiffs*

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 28th day of February, 2024, a true and correct copy of this document

was filed via the Court's CM/ECF system and thereby served on all counsel of record.

<u>*/s/ Lesley C. Reynolds*</u>
Lesley Reynolds