UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELEVANCE HEALTH, INC., et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA,<br>Secretary of Health and Human Services, et al.,<br><br>      Defendants. | Civil Action No. 23-3902 (RDM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the joint motion for briefing schedule, and for good cause shown and the entire record herein, it is hereby

ORDERED that the joint motion is GRANTED; and it is further

ORDERED that Plaintiffs' amended complaint shall be filed on or before March 8, 2024; Plaintiffs' initial motion for summary judgment shall be filed on or before March 8, 2024; Defendants' cross-motion for summary judgment and opposition shall be filed on or before March 29, 2024; Defendants shall file the certified index for the administrative and rulemaking records and serve the records on or before March 29, 2024; Plaintiffs' combined cross-motion opposition and reply shall be filed on or before April 8, 2024; Plaintiffs' final motion for summary judgment, revised only to reflect the records' pagination, shall be filed on or before April 8, 2024; Defendants' reply shall be filed on or before April 15, 2024; and the joint appendix pursuant to Local Civil Rule 7(n)(2) shall be filed on or before April 16, 2024; and it is further

- 2 -

ORDERED that any requirement that Defendants answer the Complaint is waived.

SO ORDERED:

_____                    _____
Dated                                                                                      RANDOLPH D. MOSS
                                                                                                          United States District Judge


Attorneys to be noticed:

Lesley C. Reynolds (D.C. Bar No. 487580)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
(202) 414-9200
lreynolds@reedsmith.com


Douglas C. Dreier D.C. Bar # 1020234
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
 (202) 252-2551
douglas.dreier@usdoj.gov