UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELEVANCE HEALTH, INC.**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA**, in his official capacity as Secretary of Health and Human Services, U.S. Department of Health and Human Services<br><br>and<br><br>**CHIQUITA BROOKS-LASURE**, in her official capacity as Administrator, Centers for Medicare and Medicaid Services<br><br>Defendants. | Case No. 1:23-cv-03902-RDM |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Motion for Summary Judgment and Memorandum in Support, and for good cause shown and the entire record herein, it is hereby

ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED; and it is further

DECLARED that Defendants' actions are contrary to law and arbitrary and capricious in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A) based upon the entire record herein; and it is further

ORDERED that Defendants shall recalculate all of Plaintiffs' 2024 Medicare Advantage and/or Medicare Part D Star Ratings, including, but not limited to, all contracts directly or indirectly through an affiliate held by Plaintiff Elevance Health, Inc.:

- 2 -

(i) so as to not use the Tukey outlier deletion methodology in determining 2024 Star Ratings;

(ii) by using actual 2023 Star Rating cut points in accordance with the guardrail requirement of 42 C.F.R. § 422.166(a)(2)(i);

(iii) by using prior years' data for measure C25; and

(iv) by updating measure D01 to 5 Stars where applicable by ordering the removal of the call adjudicated in Plaintiff Elevance Health, Inc.'s favor at Reconsideration from the D01 Stars rating calculation for all applicable contracts affected

IT IS FURTHER ORDERED that Defendants shall redetermine the Quality Bonus Payment eligibility for all of Plaintiffs' Medicare Advantage and/or Medicare Part D contracts, including, but not limited to, all contracts directly or indirectly through an affiliate held by Plaintiff Elevance Health, Inc., after performing the recalculation of the Star Ratings as set forth herein.

SO ORDERED:

_____          _____
Dated                                RANDOLPH D. MOSS
                                     United States District Judge

- 3 -

Attorneys to be noticed:

Lesley C. Reynolds (D.C. Bar No. 487580)
Lara E. Parkin (D.C. Bar No. 475974)
David A. Bender (D.C. Bar No. 1030503)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
(202) 414-9200
lreynolds@reedsmith.com

Douglas C. Dreier D.C. Bar # 1020234
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
(202) 252-2551
douglas.dreier@usdoj.gov