**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELEVANCE HEALTH, INC.**, et al.<br><br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA**, in his official capacity as Secretary of Health and Human Services, U.S. Department of Health and Human Services<br><br>and<br><br>**CHIQUITA BROOKS-LASURE**, in her official capacity as Administrator, Centers for Medicare and Medicaid Services<br><br>Defendants. | Case No. 1:23-cv-03902-RDM |

**JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS**

In accordance with the U.S. District Court for the District of Columbia Local Rule 7(n), the parties file this Joint Appendix containing copies of those portions of the Administrative Record cited in their respective briefs.[1]

Lesley C. Reynolds (D.C. Bar No. 487580)
Lara E. Parkin (D.C. Bar No. 475974)
David A. Bender (D.C. Bar No. 1030503)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
(202) 414-9200
lreynolds@reedsmith.com

---

[1] In accordance with Local Civil Rule 7(n) and the Court's Standing Order, Plaintiffs are providing two printed courtesy copies of this Joint Appendix and the full set of cross-motion briefing in this case to the Court's chambers as the submissions exceed 100 pages.

lparkin@reedsmith.com
dbender@reedsmith.com

Martin J. Bishop (*pro hac vice*)
Steven D. Hamilton (*pro hac vice*)
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
mbishop@reedsmith.com
shamilton@reedsmith.com

*Counsel for Plaintiffs*

| 1 | Excerpts from "Medicare and Medicaid Programs; Contract Year 2021 and 2022 Policy and Technical Changes to the Medicare Advantage Program, Medicare Prescription Drug Benefit Program, Medicaid Program, Medicare Cost Plan Program, and Programs of All-Inclusive Care for the Elderly," 85 Fed. Reg. 9002 (Feb. 18, 2020) ("Tukey Outlier Deletion Proposed Rule"). | • 85 Fed. Reg. 9009 (A.R. 000008)<br>• 85 Fed. Reg. 9043-44 (A.R. 000042-43) |
|---|---|---|
| 2 | Public Submission, commenting on the Tukey Outlier Deletion Proposed Rule CMS-2020-0010-0002, by Ucare, Apr. 2, 2020. | • A.R. 000271-80 |
| 3 | Public Submission, commenting on the Tukey Outlier Deletion Proposed Rule CMS-2020-0010-0002, by SCAN Health Plan, Apr. 6, 2020. | • A.R. 000377-85 |
| 4 | Public Submission, commenting on the Tukey Outlier Deletion Proposed Rule CMS-2020-0010-0002, by Ass'n for Cmty. Affiliated Plans, Apr. 6, 2020. | • A.R. 000386-90 |
| 5 | Public Submission, commenting on the Tukey Outlier Deletion Proposed Rule CMS-2020-0010-0002, by Blue Cross Blue Shield Ass'n, Apr. 6, 2020. | • A.R. 000391-440 |
| 6 | Public Submission, commenting on the Tukey Outlier Deletion Proposed Rule CMS-2020-0010-0002, by Anthem (now Elevance Health, Inc.), Apr. 6, 2020. | • A.R. 000577-627 |
| 7 | Public Submission, commenting on the Tukey Outlier Deletion Proposed Rule CMS-2020-0010-0002, by All. of Cmty. Health Plans, Apr. 6, 2020. | • A.R. 000825-37 |
| 8 | Excerpts from "Medicare Program; Contract Year 2021 Policy and Technical Changes to the Medicare Advantage Program, Medicare Prescription Drug Benefit Program, and Medicare Cost Plan Program," 85 Fed. Reg. 33796 (Jun. 2, 2020) ("Tukey Outlier Deletion Final Rule"). | • 85 Fed. Reg. 33797 (A.R. 001026)<br>• 85 Fed. Reg. 33833-36 (A.R. 001062-65)<br>• 85 Fed. Reg. 33907 (A.R. 001136) |
| 9 | Excerpts from "Medicare Program; Contract Year 2024 Policy and Technical Changes to the Medicare Advantage Program, Medicare Prescription Drug Benefit Program, Medicare Cost | • 87 Fed. Reg. 79625-26 (A.R. 001314-15)<br>• 87 Fed. Reg. 79634-35 (A.R. 001323-24) |

| | | |
|---|---|---|
| | Plan Program, Medicare Parts A, B, C, and D Overpayment Provisions of the Affordable Care Act and Programs of All-Inclusive Care for the Elderly; Health Information Technology Standards and Implementation Specifications," 87 Fed. Reg. 79452 (Dec. 27, 2022) ("Tukey Technical Amendment Proposed Rule"). | • 87 Fed. Reg. 79625-26 (A.R. 001612-13)[2] |
| 10 | Public Submission, commenting on the Tukey Technical Amendment Proposed Rule CMS-2022-0191-0001, by AHIP, Feb. 13, 2023. | • A.R. 001769-827 |
| 11 | Public Submission, commenting on the Tukey Technical Amendment Proposed Rule CMS-2022-0191-0001, by UnitedHealth Grp., Feb. 13, 2023. | • A.R. 001894-940 |
| 12 | Public Submission, commenting on the Tukey Technical Amendment Proposed Rule CMS-2022-0191-0001, by CVS Health, Feb. 13, 2023. | • A.R. 001974-2028 |
| 13 | Public Submission, commenting on the Tukey Technical Amendment Proposed Rule CMS-2022-0191-0001, by Alignment Health, Feb. 13, 2023. | • A.R. 002147-62 |
| 14 | Public Submission, commenting on the Tukey Technical Amendment Proposed Rule CMS-2022-0191-0001, by the Pharm. Care Mgmt. Ass'n, Feb. 13, 2023. | • A.R. 002169-231 |
| 15 | Public Submission, commenting on the Tukey Technical Amendment Proposed Rule CMS-2022-0191-0001, by Elevance Health, Inc., Feb. 13, 2023. | • A.R. 002232-2308 |
| 16 | Public Submission, commenting on the Tukey Technical Amendment Proposed Rule CMS-2022-0191-0001, by Village MD, Feb. 13, 2023. | • A.R. 002309-12 |

---

[2] The Tukey Technical Amendment Proposed Rule appears, in its entirety, twice in the Administrative Record (A.R. 001141-438 and A.R. 001439-736). Plaintiffs inadvertently cited to both copies in their Motion for Summary Judgment. We are including both Administrative Record citations in this Appendix for the convenience of the Court in cross-referencing Plaintiff's citations.

| 17 | Public Submission, commenting on the Tukey Technical Amendment Proposed Rule CMS-2022-0191-0001, by Blue Shield of Cal., Feb. 13, 2023. | • A.R. 002313-26 |
|----|----|----|
| 18 | Public Submission, commenting on the Tukey Technical Amendment Proposed Rule CMS-2022-0191-0001, by Cigna Grp., Feb. 13, 2023. | • A.R. 002449-69 |
| 19 | Excerpts from "Medicare Program; Contract Year 2024 Policy and Technical Changes to the Medicare Advantage Program, Medicare Prescription Drug Benefit Program, Medicare Cost Plan Program, and Programs of All-Inclusive Care for the Elderly," 88 Fed. Reg. 22120 (Apr. 12, 2023) ("Tukey Technical Amendment Final Rule"). | • 88 Fed. Reg. 22121 (A.R. 002480)<br>• 88 Fed. Reg. 22295 (A.R. 002654)<br>• 88 Fed. Reg. 22332 (A.R. 002691) |
| 20 | Memorandum from Amy Larrick Chavez-Valdez, CMS Director Medicare Drug Benefit and C & D Data Group, "Part C and D Star Ratings Tukey Outlier Deletion Simulations," December 19, 2022. | • A.R. 002705-15 |

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Lara E. Parkin*
Lara E. Parkin
