# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEVANCE HEALTH, INC., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>XAVIER BECERRA,<br>Secretary of Health and Human Services, *et al.*,<br><br>   Defendants. | Civil Action No. 23-3902 (RDM) |

## NOTICE OF APPEARANCE

Defendants request that the Clerk of the Court please enter the appearance of Special Assistant United States Attorney Matthew A. Campbell as counsel for Defendants in the above-captioned case.

Dated: May 29, 2024                     Respectfully submitted,

                                        By:   /s/ *Matthew A. Campbell*
                                              Matthew A. Campbell (D.C. Bar. No. 472293)
                                              Special Assistant U.S. Attorney
                                              U.S. Department of Health & Human Services
                                              330 Independence Avenue, S.W.
                                              Cohen Building, Room 5316
                                              Washington, D.C. 20201
                                              (202) 240-3275
                                              matthew.campbell@hhs.gov