UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELEVANCE HEALTH, INC.**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA**, in his official capacity as Secretary of Health and Human Services, U.S. Department of Health and Human Services<br><br>and<br><br>**CHIQUITA BROOKS-LASURE**, in her official capacity as Administrator, Centers for Medicare and Medicaid Services<br><br>Defendants. | Case No. 1:23-cv-03902-RDM |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Section 8(d) of this this Court's Standing Order In Civil Cases (Dkt. 4), Plaintiffs respectfully file notice of supplemental authority material to Plaintiffs' Motion for Summary Judgment, (Dkt. 15), and defendants' Cross-Motion for Summary Judgment (Dkt. 17).

Specifically, on June 3, 2024, the United States District Court for the District of Columbia issued a Memorandum Opinion and accompanying Order in *SCAN Health Plan v. Dept' of Hlth. & Human Servs., et al.*, Case No. 23-cv-03910 (CJN), granting SCAN Health Plan's motion for summary judgment and denying the government's, on the basis of the *same legal issue here*—i.e., whether the government violated the guardrail requirements of 42 C.F.R. § 422.166(a)(2)(i) when calculating 2024 Star Ratings.  *See* Ex. A, Dkt. 33 (true and accurate copy of Memorandum Opinion); *see also* Ex. B, Dkt. 34 (true and accurate copy of accompanying Order).  Holding that

the government violated the guardrail requirement of the operative regulation, the Court found that "the text of the regulation leaves only one reasonable interpretation" (Ex. A, Case No. 23-cv-3910, Dkt. 33 at 13; *see also id*. at 13 n.5) and that while the D.C. Circuit has "reserved a possibility that statements in a preamble may in some unique cases constitute binding, final agency action susceptible to judicial review," it has made clear that "this is not the norm," (*id.* at 12-13 ) (citations omitted).

The same result should issue here, where the dispositive issue is identical.

Dated: June 4, 2024                                     Respectfully submitted,

**ELEVANCE HEALTH, INC. and the HEALTH PLAN PLAINTIFFS**

By: */s/ David A. Bender*

Lesley C. Reynolds (D.C. Bar No. 487580)
Lara E. Parkin (D.C. Bar No. 475974)
David A. Bender (D.C. Bar No. 1030503)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
(202) 414-9200
lreynolds@reedsmith.com
lparkin@reedsmith.com
dbender@reedsmith.com

Martin J. Bishop (*pro hac vice granted*)
Steven D. Hamilton (*pro hac vice granted*)
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
mbishop@reedsmith.com
shamilton@reedsmith.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2024, I electronically filed the foregoing document and the accompanying exhibits with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ David A. Bender*
David A. Bender
